IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Huff, Reche L

Printed: 10/29/08

Case Number: 07 B 00978
Judge: Squires, John H
Filed: 1/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 17, 2008
Confirmed: March 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,576.00 |  |
| Secured: |  | 6,685.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,306.33 |
| Trustee Fee: |  | 584.20 |
| Other Funds: |  | 0.00 |
| Totals: | 10,576.00 | 10,576.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 3,306.33 |
| 2. | Westlake Financial Services | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 13,786.20 | 6,685.47 |
| 4. | ER Solutions | Unsecured | 2,361.28 | 0.00 |
| 5. | T Mobile USA | Unsecured | 433.45 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 4,385.00 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 898.53 | 0.00 |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 10. | Cook County State's Attorney | Unsecured |  | No Claim Filed |
| 11. | Allied Interstate | Unsecured |  | No Claim Filed |
| 12. | CBCS | Unsecured |  | No Claim Filed |
| 13. | CMI | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | CRI Recoveries | Unsecured |  | No Claim Filed |
| 17. | Cash Call | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | Heller & Frisone Ltd | Unsecured |  | No Claim Filed |
| 20. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 21. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 22. | Money Market | Unsecured |  | No Claim Filed |
| 23. | TeleCheck | Unsecured |  | No Claim Filed |
| 24. | Geneva Roth Ventures | Unsecured |  | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 26. | Washington Mutual Finance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Huff, Reche L

Printed: 10/29/08

Case Number:  07 B 00978
Judge:  Squires, John H
Filed:  1/19/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 25,170.79 | $ 9,991.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 25.21 |
| 5.4% | 462.68 |
| 6.5% | 96.31 |
|  | $ 584.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

